

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-29-2009

# Hagan v. Rogers

Precedential or Non-Precedential: Precedential

Docket No. 07-1412

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Hagan v. Rogers" (2009). *2009 Decisions.* Paper 1093.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1093

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Before: BARRY, CHAGARES and HARDIMAN,
Circuit Judges

(Filed: June 19, 2009)

Lewis Ira Hagan
SBI No. 000110127
East Jersey State Prison
Lock Bag R
Rahway, NJ 07065

James Hemphill
SBI No. 57177A
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

Efraim Esquilin
SBI No. 942543C
East Jersey State Prison
Lock Bag R
Rahway, NJ 07065

Christopher Mark
SBI No. 447666B
East Jersey State Prison
Lock Bag R
Rahway, NJ 07065

William Weiss
SBI No. 317574B
East Jersey State Prison
Lock Bag R
Rahway, NJ 07065

Before:  RENDELL, JORDAN, and ROTH, <u>Circuit Judges</u>

ORDER AMENDING OPINION

    Attorneys Joel McHugh and Nancy Winkleman were appointed by this Court as Amici Counsel on behalf of the Appellants.  The opinion filed June 19, 2009 incorrectly designated Mr. McHugh and Ms. Winkelman as "Counsel for Appellants."  Accordingly it is hereby ORDERED that the opinion shall be amended to accurately reflect Counsels' role in the proceedings as follows:

Joel McHugh, Esq.    **[ARGUED]**
Nancy Winkelman, Esq.
Schnader Harrison Segal & Lewis
1600 Market Street, Suite 3600
Philadelphia, PA   19103

*Amicus Counsel on behalf of Appellants*
*Lewis Ira Hagan; James Hemphill; Efraim Esquilin;*
*Christopher Mark; William Weiss; Christos Papacristos;*
*Louis George Johnston, Jr.; Tymil Mason; Claude Franklin;*
*Peter Braun; Oliver Mason; Toboris Wright; Ronald Young;*
*Allan Lovenson*

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: June 29, 2009